# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
McKesson Corporation

05 - 1180T

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] David Fierst

Firm Name: Stein, Mitchell & Mezines

Post Office Box: N/A

Street Address: 1100 Connecticut Avenue, NW, Suite 1100

City-State-Zip: Washington, DC 20036

Telephone & Facsimile Numbers: 202 737 7777 202 296 8312 (fax)

E-mail address: dfierst¶steinmitchell.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 2 0 6

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: T R E

**See attached Sheet for three digit code.**

Amount Claimed: $ 979,958.07

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005