# United States Court of Federal Claims

**No. 05-1180T**
**Filed: January 9, 2006**

* * * * * * * * * * * * * * * * *
*
**MCKESSON CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * *

**ORDER OF REASSIGNMENT**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, and to promote the efficient administration of justice, the Clerk of the Court is directed to reassign the above-captioned case to Judge Margaret M. Sweeney. Judge Sweeney, newly arrived to the court, has agreed to take the case.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**