IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1180 T
(JUDGE HORN)

McKESSON CORPORATION,

Plaintiff

v.

THE UNITED STATES,

Defendant

# DEFENDANT'S ANSWER TO THE COMPLAINT

Defendant, the United States, for its answer to plaintiff's complaint, denies each and every allegation that is not admitted or otherwise expressly addressed below. Defendant also:

1. Admits that this action is brought under §§ 6532 and 7422, Internal Revenue Code, seeking to recover Federal excise taxes that plaintiff alleges (elsewhere in the complaint) that its telephone service providers charged plaintiff, but states that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegation that the taxes were paid to the United States with respect to the quarters ended December 31, 1999, through December 31, 2002, and denies that plaintiff is entitled to any recovery.
2. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.

3. Admits the allegations contained in paragraph 3.

4. Admits the allegations contained in paragraph 4.

5. Avers that jurisdiction, to the extent it exists in this case, is conferred by 28 U.S.C. § 1491.

6. Avers that "venue" is conferred by 28 U.S.C. § 1491.

7. Admits that plaintiff seeks to recover Federal excise taxes, but denies that plaintiff is entitled to any recovery.

8. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8.

9. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9.

10. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10.

11. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11.

12. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12.

13. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13.

14. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14.

15. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15.

16. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16.

17. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17.

18. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18.

19. Admits the allegations contained in paragraph 19.

20. Paragraph 20 contains plaintiff's paraphrasing of the statute which requires no response.

21. Paragraph 21 contains plaintiff's paraphrasing of the statute which requires no response.

22. Paragraph 22 contains plaintiff's paraphrasing of the statute which requires no response.

23. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23.

24. Denies the allegations contained in paragraph 24.

25. Paragraph 25 contains plaintiff's paraphrasing of the statute which requires no response.

26. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26.

27. Paragraph 27 contains plaintiff's paraphrasing of the statute which requires no response.

28. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28.

29. Denies the allegations contained in the first sentence of paragraph 29. Admits the allegations in the second sentence to the extent that plaintiff has paid the taxes for which it seeks a refund, but denies that there is any overpayment.

30. States that its attorneys currently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30.

WHEREFORE, defendant prays that the complaint be dismissed with prejudice, with all allowable costs assessed against plaintiff.

Respectfully submitted,

January 4, 2006
Date

s/G. Robson Stewart

G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief
Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

January 4, 2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant