IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1180 T
(JUDGE SWEENEY)

McKESSON CORPORATION,

Plaintiff

v.

THE UNITED STATES,

Defendant

# MOTION FOR LEAVE TO FILE A CORRECTED JOINT PRELIMINARY STATUS REPORT

Defendant respectfully requests leave to file a corrected Joint Preliminary Status Report in this action.

As good reason therefor, defendant states that during the electronic filing process of the Joint Preliminary Status Report for this case, defendant's counsel inadvertently attached a Joint Preliminary Status Report from another case (Locus Telecommunications, Inc.). Defendant's counsel did not discovery the mistake until after the filing process was completed and could not correct the mistake through the electronic filing system. Attached hereto is the correct Joint Preliminary Status report for this case.

Defendant's counsel apologizes to the Court for any inconvenience caused by the failure to attached the correct Joint Preliminary Status Report and respectfully requests that this motion be allowed.

Respectfully submitted,

March 3, 2006
Date

s/G. Robson Stewart
G. ROBSON STEWART
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

March 3, 2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant