# In the United States Court of Federal Claims

No. 05-1180 T
(Filed: March 7, 2006)

```
*************************************
McKESSON CORPORATION,               *
                                    *
                    Plaintiff,      *
                                    *
 v.                                 *
                                    *
THE UNITED STATES,                  *
                                    *
                    Defendant.      *
*************************************
```

**ORDER**

On March 3, 2006, defendant in the above-captioned case filed a Motion for Leave to File a Corrected Joint Preliminary Status Report due to defendant's inadvertent filing of a Joint Preliminary Status Report for another case. The motion is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge