# In the United States Court of Federal Claims

No. 05-1180 T
(Filed: March 7, 2006)

*********************************************
McKESSON CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*********************************************

**ORDER**

On March 3, 2006, the parties in the above-captioned case filed a Joint Preliminary Status Report. The parties requested an initial period of 180 days to conduct discovery, after which they would file a joint status report. The court finds the parties' request to be reasonable. Therefore, the parties shall begin discovery proceedings and, **no later than Friday September 8, 2006**, file a joint status report describing their progress and suggesting how they wish to proceed in this case.

In addition, pursuant to RCFC 16, the court will conduct a telephonic status conference within the next 30 days to discuss the parties' respective views of the case. **By no later than Friday, March 24, 2006**, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule the status conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge