# In the United States Court of Federal Claims

No. 05-1180 T
(Filed: March 30, 2006)

| | |
|---|---|
| *********************************** | |
| McKESSON CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

## ORDER

The preliminary scheduling conference will be held in the above-captioned case on **Wednesday, April 5, 2006, at 11:00 a.m. (EDT).** The parties shall appear by telephone. The status conference will be held on the record. One business day before the status conference, counsel shall call the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to provide the telephone number where he can be reached.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge