# In the United States Court of Federal Claims

No. 05-1180 T
(Filed: April 7, 2006)

```
***********************************
McKESSON CORPORATION,             *
                                  *
                  Plaintiff,      *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                  Defendant.      *
***********************************
```

**ORDER**

Pursuant to the representations made in the Joint Preliminary Status Report and at the April 7, 2006 status conference, the parties in the above-captioned case shall, **within two weeks** after the decisions are issued, notify this court of the Federal Circuit's rulings in Honeywell International, Inc. v. United States, No. 05-5145, and America Online, Inc. v. United States, No. 05-5138.

Then, **within 30 days** of filing their notice, the parties shall file a joint status report indicating how they intend to proceed in this matter.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge