# In the United States Court of Federal Claims

No. 05-1180 T
(Filed: May 19, 2006)

| | |
|---|---|
| McKESSON CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On May 10, 2006, the parties in the above-captioned case submitted for filing a Revised Joint Preliminary Status Report. However, contrary to RCFC 11(a) or RCFC 83.1(c)(2), plaintiff's counsel of record did not sign the document. Rather, the document was signed by co-counsel. On this one occasion, the court permitted the Revised Joint Preliminary Status Report to be filed by its leave. But, in the future, the court will reject a filing if it is not signed by the counsel of record.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge