# In the United States Court of Federal Claims

No. 05-1180 T
(Filed: May 26, 2006)

| | |
|---|---|
| McKESSON CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On May 25, 2006, defendant in the above-captioned case filed a Status Report and Notice of Change of Position. Defendant indicated that as a result of Notice 2006-50 issued on May 25, 2006, by the Department of the Treasury and the Internal Revenue Service, it intends to file an amended answer "to reflect the determination that the excise tax does not apply to plaintiff's long distance telephone service to the extent described" in the Notice. Defendant also indicated that it would confer with plaintiff to resolve any remaining issues.

The court appreciates government counsel's prompt action in this case and encourages the parties to resolve the remaining issues. The parties shall use the joint status report that currently is due **no later than Friday, September 8, 2006**, to report on their progress in resolving the case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge