# In the United States Court of Federal Claims

No. 05-1180 T
(Filed: September 12, 2006)

***********************************
McKESSON CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

In its May 26, 2006 order, the court directed the parties in the above-captioned case to file a joint status report no later than Friday, September 8, 2006, to report on their progress in resolving this case. The parties have not yet filed the required status report. The parties are directed to file the overdue joint status report **no later than Tuesday, September 19, 2006**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge