IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1180 T
(JUDGE SWEENEY)

McKESSON CORPORATION,

Plaintiff

v.

THE UNITED STATES

Defendant.

# JOINT STATUS REPORT

Pursuant to the Court's Order of September 12, 2006, the parties file the following status report. The parties apologize to the Court for failing, through inadvertence, to file the status report on September 8, 2006, as directed by the Court's Order of May 26, 2006.

As reported in the parties' Revised Joint Preliminary Status Report, filed on May 10, 2006, McKesson Corp. had filed refund claims prior to May 7, 2006, with the IRS for taxes paid by McKesson and its subsidiaries for the tax years 2003, 2004, and 2005. The Court will have jurisdiction over these refund claims on or about November 7, 2006 and McKesson will file a First Amended Complaint seeking refunds of these amounts before November 30, 2006.

The parties generally agree that taxes remitted on non-distance sensitive long distance service, as described in IRS Notice 2006-50, 2006-25 I.R.B. 1141 (issued May 25, 2006), are refundable, provided the taxpayer has filed timely refund claims with the

IRS and is able to substantiate the amounts claimed. The parties therefore believe that liability is not an issue in this case and once they are able to agree on the amount of tax remitted on non-taxable services, they will be able to reach agreement on a stipulated judgment.

McKesson is still assembling the telephone invoices for the tax years 1999-2005 that indicate the amount of tax remitted, and therefore substantiate McKesson's refund claims. While this process has taken longer than counsel for McKesson had hoped, counsel for McKesson hopes to provide counsel for the Government with these invoices by the end of September. Counsel for the Government can then review the invoices to determine the amount of tax remitted. At that time, the parties hope to reach agreement on the proper refund amount and enter into a stipulated judgment accordingly.

Respectfully submitted,

s/ David U. Fierst
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
202-737-7777

Sept. 19, 2006
Date

Counsel for McKesson Corp.

s/ G. Robson Stewart
G. Robson Stewart
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
555 4th St., N.W., Room 8118
Washington, DC 20001
202-307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

Sept. 19, 2006
Date

Counsel for the United States