# In the United States Court of Federal Claims

No. 05-1180 T
(Filed: September 20, 2006)

```
***********************************
McKESSON CORPORATION,             *
                                  *
                  Plaintiff,      *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                  Defendant.      *
***********************************
```

**ORDER**

The parties in the above-captioned case filed a Joint Status Report on September 19, 2006, to report on their progress in resolving the case in light of Internal Revenue Service Notice 2006-50. The parties indicate that plaintiff will be able to amend its complaint after November 7, 2006, to add tax years 2003, 2004, and 2005. They also state that plaintiff continues to gather the telephone invoices necessary to substantiate its refund claims for both the tax years included in the original complaint, 1999 through 2002, and the tax years that will be added in the amended complaint. Once defendant has reviewed plaintiff's telephone invoices, the parties hope to "reach agreement on the proper refund amount and enter into a stipulated judgment accordingly."

If the parties have not reached an agreement in this case prior to **Thursday, November 30, 2006**, plaintiff shall, on or before that date, file an amended complaint. Defendant shall file an answer pursuant to the Rules of the United States Court of Federal Claims. Once the court receives defendant's answer, it will issue an order setting deadlines for the parties to report on their progress in resolving the case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge