# In the United States Court of Federal Claims

No. 05-1180 T
(Filed: November 15, 2006)

***********************************
McKESSON CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

The parties in the above-captioned case filed a Joint Status Report on November 9, 2006. The parties indicate that a Revenue Agent is working with defense counsel to review the documents provided by plaintiff to substantiate its refund claims for 1999 through 2002, and that it would be more efficient for a Revenue Agent to work with plaintiff's counsel to "develop an agreed upon set of refund amounts" for the time periods that were to have been added to the First Amended Complaint. The parties assert that the review of both sets of refund claims and the entry of a stipulated judgment could be accomplished by the end of 2006. Accordingly, they request a 60-day enlargement of plaintiff's deadline for filing its First Amended Complaint. The parties' request is **GRANTED**.

Thus, if the parties have not reached settlement in this case prior to **Tuesday, January 30, 2007**, plaintiff shall, on or before that date, file an amended complaint. Defendant shall file an answer pursuant to the Rules of the United States Court of Federal Claims. Once the court receives defendant's answer, it will issue an order setting deadlines for the parties to report on their progress in resolving the case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge