# In the United States Court of Federal Claims

No. 05-1180 T
(Filed: January 24, 2007)

***********************************
McKESSON CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

The parties in the above-captioned case filed a Joint Status Report on January 24, 2007, requesting that plaintiff's deadline for filing an amended complaint be extended by three months. In support of their request, the parties indicate that "counsel have agreed in principle to quarterly refunds" for the taxable quarters ending December 31, 1999, through December 31, 2002, and "are awaiting review by upper levels of the Department of Justice of these amounts." If the Department of Justice approves the refund amounts, the parties anticipate being able to enter into a stipulated judgment within the next three months.

Additionally, the parties indicate that plaintiff is awaiting refund checks from the Internal Revenue Service for tax years 2003-2005 and that plaintiff's subsidiaries are awaiting refund checks for tax years 2000-2003. The parties expect the Internal Revenue Service to issue the refund checks within the next three months. Because these claims were the claims to be added to the amended complaint, the complaint would be unnecessary if the Internal Revenue Service issues the refund checks in the agreed-to amount and with the appropriate interest included.

The parties assert that they are close to resolving this case. Accordingly, they request that plaintiff's deadline for filing an amended complaint be extended to April 30, 2007. The parties' request is **GRANTED**.

Thus, if the parties have not reached settlement in this case prior to **Monday, April 30, 2007**, plaintiff shall, on or before that date, file an amended complaint. If plaintiff files an amended complaint, defendant shall file an answer pursuant to the Rules of the United States

Court of Federal Claims. Once the court receives defendant's answer, it will issue an order setting deadlines for the parties to report on their progress in resolving the case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge