IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1180 T
(JUDGE SWEENEY)

McKESSON CORPORATION,

Plaintiff

v.

THE UNITED STATES

Defendant.

**JOINT STATUS REPORT**

The Parties file the following status report in order to inform the Court of a number of developments in this case and request that the next Joint Status Report be scheduled for June 29, 2007.

As described in the Joint Status Report of January 24, 2007, counsel for McKesson has worked with a Revenue Agent to agree upon refund amounts for McKesson's subsidiaries (various EINs) for 2000-2003 and for McKesson Corporation for 2003-2005. These are the claims that would have been added in the First Amended Complaint. Because the IRS has issued refund checks in the amounts agreed to, the need to file a First Amended Complaint has been obviated.

Regarding the refund claims encompassed in McKesson's Complaint (filed by McKesson Corporation (EIN 94-3207296) for the taxable quarters ended December 31, 1999, through December 31, 2002), the Parties propose to proceed as follows.

The Parties will file a Stipulation for Partial Dismissal for all taxable quarters except the quarter ending June 30, 2000. McKesson would like to keep the refund claim for the second quarter of 2000 before the Court because it might be barred by the statute of limitations if dismissed. The Government and McKesson expect to agree shortly on the amount of refund due for this quarter.

For the other quarters at issue, after the Stipulation for Partial Dismissal is filed, McKesson will work with the IRS to negotiate mutually acceptable refund amounts. If the taxpayer can obtain the relief it seeks with the IRS, there is no reason for the Court to address this area of disagreement.

In the unlikely event this settlement process breaks down, McKesson can reinstate the quarters subject to the Stipulation for Partial Dismissal. Given the likelihood of settlement and in the interest of conserving judicial resources, however, the

Parties respectfully request that they be permitted to proceed as set forth in this Joint Status Report and be required to file the next Joint Status Report on or before June 29, 2007.

Respectfully submitted,

s/ David U. Fierst
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
202-737-7777

April 30, 2007
Date

Counsel for McKesson Corp.

s/ G. Robson Stewart
G. Robson Stewart
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
555 4th St., N.W., Room 8118
Washington, DC 20001
202-307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

April 30, 2007
Date

Counsel for the United States