IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1180 T
(JUDGE SWEENEY)

McKESSON CORPORATION,

Plaintiff

v.

THE UNITED STATES

Defendant.

**STIPULATION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE**

Pursuant to RCFC 41(a), it is hereby stipulated and agreed by and between the under-signed attorneys for the respective parties hereto that the claims for refund for the periods ended December 31, 1999, through March 31, 2000, and September 30, 2000, through December 31, 2002, be dismissed from the above-captioned action without prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation related to those periods. The parties do not stipulate to the dismissal of the refund claim for the taxable quarter ending June 30, 2000. Plaintiff may reinstate in this suit (as long as it remains pending) the periods subject to this stipulation for partial dismissal if it so chooses. Nothing contained herein

shall be construed to limit Plaintiff's rights under 26 U.S.C. § 6532 and 26 U.S.C. § 7422.

Respectfully submitted,

s/ David U. Fierst
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
202-737-7777

April 30, 2007
Date

Counsel for McKesson Corp.

s/ G. Robson Stewart
G. Robson Stewart
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
555 4th St., N.W., Room 8118
Washington, DC 20001
202-307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

April 30, 2007
Date

Counsel for the United States