# In the United States Court of Federal Claims

No. 05-1180 T
(Filed: May 3, 2007)

***********************************
McKESSON CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On April 30, 2007, the parties in the above-captioned case filed a Joint Status Report and a Stipulation for Partial Dismissal Without Prejudice. In the status report, the parties indicate that the Internal Revenue Service has issued refund checks for those taxable quarters for which plaintiff contemplated filing an amended complaint. Accordingly, plaintiff's deadline for filing an amended complaint is **VACATED**.

Then, the parties suggest a way to proceed with the claims in plaintiff's initial complaint, which concern the taxable quarters ending December 31, 1999, through December 31, 2002. The parties indicate that they have agreed to dismiss, without prejudice, the claims for all taxable quarters except for the quarter ending June 30, 2000. For the taxable quarters subject to the stipulation for dismissal without prejudice, the parties indicate that they continue to work together "to negotiate mutually acceptable refund amounts." For the taxable quarter ending June 30, 2000, the parties expect to agree shortly on the appropriate refund amount. The parties indicate that there is no reason to expect that they cannot reach a settlement in this case.

Accordingly, the court **DISMISSES, WITHOUT PREJUDICE**, plaintiff's claims related to all taxable quarters ending December 31, 1999, through December 31, 2002, **EXCEPT** for the claim related to the taxable quarter ending June 30, 2000. The parties' shall bear their respective costs, including any possible attorneys' fees or other expenses related to the dismissed claims. Plaintiff may reinstate the claims subject to this dismissal if it so chooses, and the stipulated dismissal will not limit plaintiff's rights under 26 U.S.C. §§ 6532, 7422.

Additionally, the parties shall file another joint status report, **no later than Friday, June 29, 2007**, indicating their progress in reaching a settlement on plaintiff's remaining claim.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge