# In the United States Court of Federal Claims

No. 05-1180 T
(Filed: May 10, 2007)

************************************
McKESSON CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

The clerk's office recently brought to the court's attention the fact that plaintiff's counsel never obtained an account with the court's case management/electronic case filing system ("CM/ECF"), as required by the Notice of Designation issued on November 7, 2005. Plaintiff's counsel shall obtain an ECF account **no later than Friday, June 1, 2007**. Counsel may obtain an account by accessing the court's CM/ECF website (http://www.uscfc.uscourts.gov/CMECF_Section/index.html) and selecting "CM/ECF Account Registration." After obtaining an ECF account, counsel shall file a brief status report to apprise the court of that fact.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge