IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| McKESSON CORPORATION, Plaintiff | No. 05-1180 T |
| v. | (JUDGE SWEENEY) |
| THE UNITED STATES, Defendant | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed that plaintiff's complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

s/ David U. Fierst
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
202-737-7777

July 2, 2007
Date

Counsel for McKesson Corp.

s/ G. Robson Stewart
G. Robson Stewart
U.S. Department of Justice (Tax)
Court of Federal Claims Section
555 4th St., N.W., Room 8118
Washington, DC 20001
202-307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

July 2, 2007
Date

Counsel for the United States